# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**   1. *Intake Clerk* *

       2. *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:** 12-20-10

**UC**

**CASE NAME:** Ecker

**CASE NUMBER:** 05-33887

Check Number 71747 in the amount of $ 5990.66 was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:** 1719        **Intake Clerk's Initials** DRB

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F



CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA
FILED DEC 20 2010

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

12/16/2010

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie,  PA  16501 |

Re: JESSE R. ECKER

Case No: 05-33887D

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

National City Mortgage
Attn: Bankruptcy Dept*
Pob 1820*
Dayton,OH 45401-1820

CHECK NUMBER 717497      AMOUNT $5990.66

The disbursement(s) was returned to the Trustee for the following reason:

Defective Proof of Assignment

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Little
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:RUSSELL A BURDELSKI ESQ*
JESSE R. ECKER

National City Mortgage