# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jesse R. Ecker <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> NO. 05-33887 JAD |

## NOTICE OF ASSIGNMENT/TRANSFER OF CLAIM

A claim has been filed in this case. Transferee hereby gives evidence and notice of the transfer of the claim referenced in this notice.

Claim #1:
Amount of Claim: $39,672.34
Date Claim Filed:10-27/2005
Late Four Digits of Account #: ******1280

| | |
|---|---|
| **Wells Fargo Bank, N.A., not in its individual capacity but solely as trustee for the RMAC Trust, Series 2010-7T** <br> Name of Transferee: | PNC BANK, NATIONAL ASSOCIATION S/B/M INTEGRA MORTGAGE COMPANY, 3232 NEWMARK DRIVE MAIAMISBURG, OH 45342-0000 <br> Name of Transferor: |

Name and Address where notices should be sent:
**Wells Fargo Bank, N.A., not in its individual capacity but solely as trustee for the RMAC Trust, Series 2010-7T**
751 Kasota Ave
Minneapolis, MN 55414-0000

Please send all payments and notices to the above address.

Respectfully submitted,

/s/ Andrew F. Gornall, Esquire
Ann E. Swartz, Esquire
Andrew F. Gornall, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant/Applicant

Date: January 28, 2011

cc:   Ronda J. Winnecour
      Russell A. Burdelski Esq.

**File a Claim action:**

05-33887-JAD Jesse R. Ecker

Type: bk                        Chapter: 13 v                        Office: 2 (Pittsburgh)
Assets: y                       Judge: JAD

## U.S. Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from Andrew F Gornall entered on 1/26/2011 at 3:21 PM EST and filed on 1/26/2011

**Case Name:**       Jesse R. Ecker
**Case Number:**     05-33887-JAD
**Document Number:** 39

**Docket Text:**
Transfer of Claim:1 Transfer Agreement 3001 (e) 2 Transferor: NATIONAL CITY MORTGAGE (Claim No. 1) To WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPA Filed by WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2010-7T (Gornall, Andrew)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\My Documents\PDF\ECKER.TOC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1000342144 [Date=1/26/2011] [FileNumber=13034790-0] [ca80fc30ba2d3312e676b8c5a3f5cdcdc673c519cebeec89bea6aeec8dc3777a9d33078a7879607e8b3710c4bdd76d5219ff2697f151cc34bd1098f0a519272b]]

**05-33887-JAD Notice will be electronically mailed to:**

Russell A. Burdelski on behalf of Debtor Jesse Ecker
atyrusb@choiceonemail.com

Andrew F Gornall on behalf of Creditor WELLS FARGO BANK, N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES

2010-7T
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**05-33887-JAD Notice will not be electronically mailed to:**