**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:    Case No. 05-33887D

JESSE R. ECKER

Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/30/2005.

2) The plan was confirmed on 03/29/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/14/2010.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $23,330.00.

10) Amount of unsecured claims discharged without payment: $161,947.18.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $71,798.19 |
| Less amount refunded to debtor | $8,952.55 |
| **NET RECEIPTS:** | **$62,845.64** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,498.76 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,498.76** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED CONSTRUCTION SVCS | Unsecured | 5,648.00 | NA | NA | 0.00 | 0.00 |
| ALMAR RADIOLOGISTS | Unsecured | 730.00 | 90.00 | 90.00 | 90.00 | 0.00 |
| APRIA HEALTHCARE INC | Unsecured | 1,016.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD PEACE DMD | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| BLACKBURN PHYSICIANS PHARMAC | Unsecured | 1,079.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PGH | Unsecured | 1,920.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PGH | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PGH | Unsecured | 1,460.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS HOSPITAL OF PGH | Unsecured | 3,884.00 | NA | NA | 0.00 | 0.00 |
| CHILDREN'S HOSPITAL OF PGH | Unsecured | 118,850.00 | NA | NA | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT | Priority | NA | NA | 5,990.66 | 5,990.66 | 0.00 |
| CMI | Unsecured | 428.23 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED COLLECTIONS* | Unsecured | 857.76 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 198.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Unsecured | NA | 3,890.77 | 3,890.77 | 3,890.77 | 0.00 |
| FORBES REGIONAL HOSPITAL | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |
| FUGE FAMILY PRACTICE | Unsecured | 24.92 | NA | NA | 0.00 | 0.00 |
| G U INC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| GENTIVA HEALTH CARE | Unsecured | 1,440.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 542.65 | 635.66 | 635.66 | 635.66 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPM | Unsecured | 10.26 | NA | NA | 0.00 | 0.00 |
| MIDWEST VERIZON WIRELESS/AFNI( | Unsecured | NA | 882.60 | 882.60 | 882.60 | 0.00 |
| MSN | Unsecured | 491.68 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY MORTGAGE | Secured | 0.00 | 39,672.34 | 39,672.34 | 39,672.34 | 0.00 |
| NATIONAL CITY MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATL CITY BNK-CNSMR LOAN SVC* | Unsecured | 5,626.83 | 6,908.34 | 6,908.34 | 6,908.34 | 0.00 |
| NCS INC/ASSIGNEE COMMCL CRDT* | Unsecured | 15,625.75 | 16,136.05 | 0.00 | 0.00 | 0.00 |
| NEUROLOGICAL INSTITUTE OF W PA | Unsecured | 621.15 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL INSTITUTE OF W PA | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PITTSBURGH CENTRAL FCU | Unsecured | 2,072.93 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PITTSBURGH WATER & SEWER AUTH | Secured | 1,168.00 | NA | 1,168.00 | 1,168.00 | 108.51 |
| REEVES BANK/AFFILIATE FNB | Unsecured | 4,572.77 | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF SHALER | Unsecured | 254.84 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SYSTEM | Unsecured | 318.59 | NA | NA | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| VAN RU CREDIT CORP | Unsecured | 1,000.64 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI(*) | Unsecured | 438.10 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI(*) | Unsecured | 444.50 | NA | NA | 0.00 | 0.00 |
| VERIZON/SCCR GTE/AFNI(*) | Unsecured | 188.06 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK* ++ | Secured | 75,500.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT* | Unsecured | 72.32 | NA | NA | 0.00 | 0.00 |
| WEST PENN ALLEGHENY HEALTH SY | Unsecured | 11,290.00 | NA | NA | 0.00 | 0.00 |
| WESTMORELAND HOSPITAL | Unsecured | 778.76 | NA | NA | 0.00 | 0.00 |
| WESTMORELAND WOMENS CARE | Unsecured | 28.67 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $39,672.34 | $39,672.34 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,168.00 | $1,168.00 | $108.51 |
| **TOTAL SECURED:** | **$40,840.34** | **$40,840.34** | **$108.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,990.66 | $5,990.66 | $0.00 |
| **TOTAL PRIORITY:** | **$5,990.66** | **$5,990.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$12,407.37** | **$12,407.37** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,498.76 |
| Disbursements to Creditors | $59,346.88 |
| **TOTAL DISBURSEMENTS** : | **$62,845.64** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/18/2011                                    By: /s/ Ronda J. Winnecour
                                                                           Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**