SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

      2. Case Administrator

FROM: Financial Administrator

DATE: 10/9/2013

CASE NAME: Devine

CASE NUMBER: 08-26402-TPA

Check Number 861462 in the amount of $ 4,948.49 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 7278                Intake Clerk's Initials: MF

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470
Email - inquiries@chapter13trusteewdpa.com

RONDA J. WINNECOUR
STANDING TRUSTEE

10/07/2013

| | |
|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

OR

Re: MICHAEL A. DEVINE
RHONDA E. DEVINE
Case No: 08-26402A

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

National City Bank++
Attn Loss Prev Div-Loc 14-1901
Pob 2049
Akron,OH 44309-2049

CHECK NUMBER 861462       AMOUNT $4948.49

    The disbursement(s) was returned to the Trustee for the following reason:

Creditor is on Global Reserve

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC: KENNETH M STEINBERG ESQ
MICHAEL A. DEVINE
RHONDA E. DEVINE
National City Bank++